

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Jean Slack Lockhart, in her capacities as Trustee of the Lockhart Family Bypass Trust and as Independent Executor of the Estate of Warren L. Lockhart, | § | No. 08-19-00153-CV |
| | § | Appeal from the |
| | § | 118th District Court |
| Appellant, | | |
| | § | of Howard County, Texas |
| v. | | |
| | § | (TC# 52663) |
| Chisos Minerals, LLC et al., | | |
| | § | |
| Appellees. | | |
| | § | |

# **O R D E R**

Pending before the Court is Appellant's motion for leave to file a response to Appellee's sur-reply brief. The motion for leave is granted, and Appellant's response has this day been filed. No further briefing from any party will be considered.

IT IS SO ORDERED this 7th day of November, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.